IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELTON SMITH**                                                                                          **PLAINTIFF**

v.                                    CASE NO. 4:23-CV-00748-BSM

**WILLIAM TAPLEY; LISA MABRY-
WILLIAMS; and CITY OF CONWAY**                                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE